```
 1  PHILIP. A. TALBERT
    United States Attorney
 2  PETER K. THOMPSON (HI 5890)
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    MARY TSAI, CA SBN 216963
 4         Special Assistant United States Attorney
           160 Spear Street, Suite 800
 5         San Francisco, California 94105
           Telephone: 510-970-4864
 6         Facsimile: (415) 744-0134
           E-Mail: mary.tsai@ssa.gov
 7
    Attorneys for Defendant
 8
 9                       UNITED STATES DISTRICT COURT
10                       EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| NICOLE M. VERDUN, | No. 2:22-cv-0345 DB |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; AND ORDER** |
| KILOLO KIJAKAZI, | |
| Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Acting Commissioner of Social Security ("Commissioner") has agreed to a voluntary remand of this case pursuant to sentence four of 42 U.S.C. § 405(g).  The purpose of the remand is to offer Plaintiff a new decision.

On remand, the Commissioner will further develop the record as necessary, and issue a new decision. The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Respectfully submitted this August 23, 2022.

Stip. to Remand; 2:22-cv-0345-DB (SS)

DATED:  August 23, 2022          /s/  Shellie Lott*
                                 (*as authorized via e-mail on August 23, 2022)
                                 SHELLIE LOTT
                                 Attorney for Plaintiff

DATED: August 23, 2022           PHILIP. A. TALBERT
                                 United States Attorney
                                 PETER K. THOMPSON
                                 Acting Regional Chief Counsel, Region IX
                                 Social Security Administration

                          By:    /s/  Mary Tsai
                                 MARY TSAI
                                 Special Assistant U.S. Attorney

                                 Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that:

1. This action is remanded to the Commissioner of Social Security for further proceedings pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four;

2. On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision;

3. On remand, the Commissioner will further develop the record as necessary, and issue a new decision;

4. The Clerk of the Court shall enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner; and

5. This action is closed.

DATED: August 23, 2022           /s/ DEBORAH BARNES
                                 UNITED STATES MAGISTRATE JUDGE

Stip. to Remand; 2:22-cv-0345-DB (SS)